**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 461 WAL 2019

        Respondent               :

                                      :   Petition for Allowance of Appeal
                                      :   from the Order of the Superior Court

          v.                      :

                                      :

CHARLES E CARLSON, III,            :

                                      :

            Petitioner              :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 25th day of May, 2022, the Petition for Allowance of Appeal is **DENIED**.